UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION OF LONDON

| | | |
|---|---|---|
| EAGLE MINING, LLC | ) | |
| | ) | Case No. 5:14-CV-00105-ART |
| Plaintiff | ) | |
| | ) | ELECTRONICALLY FILED |
| v. | ) | |
| | ) | |
| ELKLAND HOLDINGS, LLC | ) | |
| | ) | |
| Defendant | ) | |

**DEFENDANT'S MOTION TO STAY OR, IN THE ALTERNATIVE,
FOR AN ORDER HOLDING ALL FURTHER ACTIONS REGARDING
DEFENDANT'S MOTION TO PARTIALLY VACATE OR MODIFY IN ABEYANCE**

Defendant Elkland Holdings, LLC ("Elkland"), pursuant to Federal Arbitration Act, 9 U.S.C. § 12, respectfully moves this Court for entry of an order staying further proceedings by Plaintiff Eagle Mining, LLC ("Eagle"), or, in the alternative, for the Court to enter an order holding all further action regarding Elkland's Motion to Vacate or Modify (Docket No. 21) to be held in abeyance pending resolution of Elkland's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or, in the Alternative, Motion to Transfer (Docket No. 15).

A memorandum in support of this Motion is submitted herewith.

Respectfully submitted,

/s/  David A. Owen
David. A. Owen
Jason T. Ams
Bingham Greenebaum Doll LLP
300 W. Vine Street, Suite 1100
Lexington, KY  40507
Tel: (859) 231-8500
Fax: (859) 255-2742
Email:  dowen@bgdlegal.com
           jams@bgdlegal.com

COUNSEL FOR DEFENDANT
ELKLAND HOLDINGS, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of June, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

- **Gary W. Napier**
  gnapier@napierlawoffice.com
- **J. Scott Sexton**
  sexton@gentrylocke.com
- **Drayer B. Spurlock**
  dspurlock@napierlawoffice.com

      /s/ David A. Owen
      COUNSEL FOR DEFENDANT
      ELKLAND HOLDINGS, LLC