IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ELKLAND HOLDINGS LLC,

         Plaintiff,

v.                              CIVIL ACTION NO.   2:14-cv-15043

EAGLE MINING LLC,

         Defendant.

and,

EAGLE MINING, LLC,

         Plaintiff,

v.                              CIVIL ACTION NO.   2:14-cv-22776

ELKLAND HOLDINGS, LLC, et al.,

         Defendants.

**JUDGMENT ORDER**

In accordance with the Court's Memorandum Opinion and Order entered on July 29, 2015, the Court hereby **CONFIRMS** the March 18, 2014, Award of the Arbitrator (ECF 1-3 in 2:14-cv-22776). The Court **ENTERS JUDGMENT** against Elkland Holdings, LLC, and in favor of Eagle Mining, LLC, in the following amounts:  $23,382,521, as set forth in the arbitration award;[1] and post-judgment interest paid at the rate specified under 28 U.S.C. § 1961

---

[1] The Court has been informed that Elkland Holdings, LLC, has partially satisfied the award with a payment to Eagle Mining, LLC, in the amount of $236,710.   This amount represents a credit on the judgment.

as applied to the total judgment. In accordance with the Award of the Arbitrator, the Court further **ORDERS** Eagle Mining, LLC, to execute and deliver to Elkland Holdings, LLC, all permits under the Contract Mining Agreement, to the extent that it has not done so already.

**IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: September 11, 2015

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE

2